In the Matter of the Application of ANTOINETTE VIGLIONE for Leave to Dissolve Her Marriage with ARCHANGELO VIGLIONE on the Ground of Absence. ANTOINETTE VIGLIONE and ARCHANGELO VIGLIONE, Appellants; JAMES ARCURI, Respondent.* — Order reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion the respondent has no standing to make the motion in this proceeding to vacate the final order dissolving the marriage between the appellants. (Ruger v. Heckel, 85 N. Y. 483; Sorensen v. Sorensen, 219 App. Div. 344; Adair v. Adair, 206 id. 394; Rupp v. Rupp, 156 id. 389; Crouse v. McVickar, 207 N. Y. 213; Dodge v. Campbell, 229

---

* Appeals dismissed, 264 N. Y. 597.

App. Div. 534; affd., 255 N. Y. 622.) Young, Hagarty, Carswell and Tompkins, JJ., concur; Lazansky, P. J., dissents.